UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-17-D

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| RONNIE JULIAN BIVENS | |

The Joint Motion for Sentencing Hearing at time of Arraignment is hereby allowed.

This case is hereby set for __May 19, 2016__ Arraignment and Sentencing.

SO ORDERED.

This _6_ day of May, 2016.

JAMES C. DEVER, III
Chief United States District Court Judge